JPML FORM 1A

p.1

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 811 -- In re The Ross Capital Corporation Dividend-Capture Investment Program Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/06/06 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, CERT. OF SVC. AND EXHIBITS A thru F -- defts. The Ross Capital Corporation and Robert P. Ross, Jr., for transfer of action -- SUGGESTED TRANSFEREE DISTRICT: S.D. New York -- SUGGESTED TRANSFEREE JUDGE: Hon. John M. Keenan  (ds) |
| 89/06/15 |  | HEARING ORDER -- Setting moiton to transfer for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/06/19 |  | APPEARANCES -- STANDISH FORDE MEDINA, JR., ESQ. for Pacific Gas Transmission Company; RICHARD BEMPORAD, ESQ. for New England Investment Corp. and ROBERT M. HELLER, ESQ. for The Ross Capital Corp. and Robert p. Ross, Jr.  (ds) |
| 89/06/26 | 2 | RESPONSE/MEMORANDUM (to pldg. #1) -- pltfs. Imperial Savings Association, et al. w/cert. of svc. (ds) |
| 89/06/26 | 3 | RESPONSE (to pldg. #1) -- pltf. New England Investment Corp. w/cert. of svc.  (ds) |
| 89/06/26 |  | APPEARANCE -- LOUIS A. STORROW, ESQ. for Imperial Savings Association, et al. (ds) |
| 89/07/06 | 4 | REPLY -- The Ross Capital Corporation and Robert P. Ross, Jr. -- w/cert. of svc. (rh) |
| 89/07/07 |  | APPEARANCE: MITCHELL A. KARLAN, ESQ. for Collins Foods (rh) |
| 89/07/26 |  | WAIVERS OF ORAL ARGUMENT: (Hearing on 7/27/89 in Seattle, Washington) -- ALL WAIVED (rh) |
| 89/08/16 |  | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Southern District of New York to the Hon. John F. Keenan for pretrial proceedings (rh) |
| 89/08/16 |  | TRANSFER ORDER -- Transferring A-5 to the Southern District of New York pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 811 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE ROSS CAPITAL CORPORATION DIVIDEND-CAPTURE INVESTMENT PROGRAM LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 27, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 16, 1989 | Unpublished | To | S.D. New York | Hon. JOhn F. Keenan | |

### Special Transferee Information

DATE CLOSED: *M-21-53*

JPML FORM 1 — LISTING OF INVOLVED ACTIONS — S.D. New York / Judge John F. Keenan

DOCKET NO. 811 -- In re The Ross Capital Corporation Dividend-Capture Investment Program Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Pacific Gas Transmission Company v. The Ross Capital Corporation, et al. | N.Y.,S. Keenan | 87-Civ-9153 | | | 7/24/90 D | |
| A-2 | Ply Gem Industries, Inc. v. Robert P. Ross, Jr., et al. | N.Y.,S. Keenan | 88-Civ-1346 | | | 7/10/91 D | |
| A-3 | New England Investment Corp. v. The Ross Capital Corporation | N.Y.,S. Keenan | 88-Civ-4729 | | | 2/24/90 D | |
| A-4 | Collins Foods International, Inc. v. The Ross Capital Corporation, et al. | N.Y.,S. Edelstein | 88-CIV-8417 | | | 7/26/90 D | |
| A-5 | Imperial Savings Association, et al. v. The Ross Capital Corporation | Cal.,S. Rhoades | 88-0487-R(M) | 8-16-89 | 89cw6142 | 2/4/92 D | |

July 1990 - 1 TR/4 X42/5 Pending
July 1991 - 2 Dis/5 Pending
July 1992 - 3 Dism./Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  811  --  In re The Ross Capital Corporation Dividend-Capture Investment

Program Litigation

| | |
|---|---|
| PACIFIC GAS TRANSMISSION COMPANY (A-1)<br>Standish Forde Medina, Jr., Esquire<br>Debevoise & Plimpton<br>875 Third Avenue, 23rd Floor<br>New York, New York  10022<br><br>PLY GEM INDUSTRIES, INC. (A-2)<br>(No App. Rec'd)<br>Sara Gold, Esquire<br>Spengler, Carlson, Gubar,<br>  Brodsky & Frischling<br>280 Park Avenue<br>New York, New York  10017<br><br>NEW ENGLAND INVESTMENT CORP. (A-3)<br>Richard Bemporad, Esquire<br>Lowey, Dannenberg, Bemporad,<br>  Brachtl & Selinger<br>747 Third Avenue<br>New York, New York  10017<br><br>COLLINS FOODS INTERNATIONAL, INC. (A-4)<br><br>Mitchell A. Karlan, Esquire<br>Gibson, Dunn & Crutcher<br>200 Park Avenue<br>New York, New York  10166<br><br>IMPERIAL SAVINGS ASSOCIATION, ET AL.<br>(A-5)<br><br>Louis A. Storrow, Esquire<br>Sheppard, Mullin, Richter & Hampton<br>501 West Broadway<br>Nineteenth Floor<br>San Deigo, California  92101 | THE ROSS CAPITAL CORPORATION<br>ROBERT P. ROSS, JR.<br>Robert M. Heller, Esquire<br>Kramer, Levin, Nessen,<br>  Kamin & Frankel<br>919 Third Avenue<br>New York, New York  10022 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 811 -- In re The Ross Capital Corporation Dividend-Capture Investment Program Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Ross Captial Corporation | A-1, A-2, A-3, A-4, A-5 |
| Robert P. Ross, Jr. | A-1, A-2, A-4 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |