JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 811

AUG 16 1989

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE THE ROSS CAPITAL CORPORATION DIVIDEND-CAPTURE INVESTMENT PROGRAM LITIGATION

TRANSFER ORDER*

This litigation consists of five actions pending in two districts as follows: four actions in the Southern District of New York and one action in the Southern District of California. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by The Ross Capital Corporation (Ross Capital) and Robert P. Ross, Jr., the defendants in this docket, seeking transfer of the California action to the Southern District of New York for coordinated or consolidated pretrial proceedings with the actions pending there. Plaintiff in one of the New York actions supports the motion. The only other respondents to the motion, the plaintiffs in the California action, oppose transfer.

On the basis of the papers filed,[1] the Panel finds that these actions involve common questions of fact, and that centralization under Section 1407 in the Southern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions seek damages for trading decisions made by investment advisor Ross Capital pursuant to its dividend capture trading program during the October, 1987, financial markets collapse. Centralization under Section 1407 is necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

In selecting the Southern District of New York as transferee forum, we note that: 1) four of the five actions are already pending there; 2) the transactions in question occurred in New York City; and 3) Ross Capital is located there and many of the documents and witnesses pertinent to the events at issue in this litigation are therefore likely to be found there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Southern District of California be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable John F. Keenan for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

[1] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

SCHEDULE A

<u>MDL-811 -- In re The Ross Capital Corporation Dividend-Capture Investment Program Litigation</u>

Southern District of California

<u>Imperial Savings Association, et al. v. The Ross Capital Corporation,</u> C.A.No. 88-0487-R(M)

Southern District of New York

<u>Pacific Gas Transmission Company v. The Ross Capital Corporation, et al.,</u> C.A.No. 87-Civ-9153
<u>Ply Gem Industries, Inc. v. Robert P. Ross, Jr., et al.,</u> C.A.No. 88-Civ-1346
<u>New England Investment Corp. v. The Ross Capital Corporation,</u> C.A.No. 88-Civ-4729
<u>Collins Foods International, Inc. v. The Ross Capital Corporation, et al.,</u> C.A.No. 88-CIV-8417